USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TZVI KLEIN, on behalf of himself and all others similarly situated,

          Plaintiff,

v.

PHYTON TALENT ADVISORS LLC and SOCIETE GENERALE AMERICAS,

          Defendants.

Case No.: 1:21-cv-9248

JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That pursuant to Federal Rule of Civil Procedure 68 and based upon the combined filing of Defendants' Offer of Judgment and Plaintiff's Notice of Acceptance thereof, judgment is entered in favor of Plaintiff Tzvi Klein ("Plaintiff") and against Phyton Talent Advisors LLC ("Phyton") for the total sum of $21,000 in connection with the Fair Labor Standards Act claims alleged in this Action, which amount shall be inclusive of all attorney's fees, expenses, and costs incurred by Plaintiff in this Action.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED,** that this Action is hereby dismissed with prejudice as against Defendants Phyton Talent Advisors LLC and Societe Generale Americas.

Dated:  June 3, 2022

The Clerk of Court is respectfully directed to terminate all open motions and close the case.

SO ORDERED

_____
Hon. Valerie E. Caproni
United States District Judge